IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | |
|     Plaintiffs | ) | Case No:13 CR 744 -2 |
| | ) | |
| v. | ) | |
| | ) | Judge: Gary Feinerman |
| Francisco Mireles | ) | |
|     Defendant | ) | |
| | ) | |

**ORDER**

Arraignment held. Defendant informed of his rights. Defendant waives formal reading of the indictment and enters a plea not guilty to all counts of the indictment. Rule 16 materials shall be produced by 10/24/2013. Status hearing set for 12/4/2013 at 9:15 a.m. Government's motion for a protective order [12] is granted. Enter protective order. By agreement of the parties, time is excluded from 9/24/2013 through and including 12/4/2013, in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv). (X-T)

(T:10)

Date: Tuesday, September 24, 2013            /s/ Gary Feinerman
                                                                                             United States District Court Judge